UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTIAN PAUL ENZO KLEIN,

                Plaintiff,

        -against-

CITY OF WHITE PLAINS, ET AL.,

                Defendants.

26 CIVIL 01165 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the June 12, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

        SO ORDERED.

Dated:    June 16, 2026
          New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                 Chief United States District Judge